IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-01167-WDM-CBS

MEDHANIE GEBRELUEL WEREDE,

    Plaintiff(s),

v.

ALLRIGHT HOLDINGS, INC. , et al.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendants' renewed motion in limine (Doc. No. 99) is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated: March 8, 2006

                                          s/ Jane Trexler, Secretary/Deputy Clerk