IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-WM-1167 (CBS)

MEDHANIE GHEBRELUEL WEREDE,

    Plaintiff,

v.

ALLRIGHT HOLDINGS, INC. and
CENTRAL PARKING SYSTEMS, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Final Pretrial Order (filed March 7, 2005) is **GRANTED**. The final pretrial order is amended to reflect Jason Cobb as a witness regarding preparation of Plaintiff's summary exhibit, replacing Ashley Kelliher.

**DATED:**    March 31, 2006