IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-001167-WDM-CBS

MEDHANIE GEBRELUEL WEREDE,

    Plaintiff,

v.

ALLRIGHT HOLDINGS, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    1.  Plaintiff's Motion to Strike (Docket No. 100) is granted in part and denied in part.  Evidence of Plaintiff's prior employment, his termination and failure to disclose will be allowed.  The reasons for his termination will not be allowed pursuant to Rule 403 considerations.

    2.  The parties' motions for extension of time (Docket Nos. 153, 154 and 157) are granted.

    3.  Pursuant to the findings and conclusions stated at the September 27, 2006, trial preparation conference, Defendant's Motion in Limine to Strike Evidence (Docket no. 102) is granted in part and denied in part.  A limited number of other employee witnesses will be allowed to testify concerning the issues of this case in accordance with the parameters outlined at the conference.

    4.  Defendants' Motion to Strike Evidence of Alleged Discriminatory Acts occurring in 2006 (Docket No. 156) is granted without prejudice.

Dated:  September 27, 2006

                                                      s/ Jane Trexler, Secretary/Deputy Clerk