IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-001167-WDM

MEDHANIE GHEBREULUEL WEREDE,

    Plaintiff,

v.

ALLRIGHT HOLDINGS, INC.,

    Defendant.
_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    In light of the pending settlement, this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, pending filing of settlement papers and subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before December 1, 2006, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on September 28, 2006.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL