IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01167-WDM-CBS

MEDHANIE GHEBRELUEL WEREDE,

     Plaintiff,

v.

ALLRIGHT HOLDINGS INC., et al.,

     Defendants.

---

## NOTICE OF DISMISSAL

---

     The court takes judicial notice that the parties have filed a Joint Motion to

Dismiss With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the

complaint is dismissed with prejudice, each party to pay his or its own costs and

attorneys' fees.

     DATED at Denver, Colorado, on October 10, 2006.

     BY THE COURT:


     s/ Walker D. Miller
     United States District Judge

PDF FINAL